IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| YASIN SALEH, | ) | 1:09cv086 DLB |
|---|---|---|
| | ) | |
| | ) | ORDER GRANTING MOTION |
| | ) | TO REMAND ACTION |
| Plaintiff, | ) | (Document 15) |
| vs. | ) | |
| | ) | ORDER REQUIRING |
| | ) | STATUS REPORTS |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Yasin Saleh ("Plaintiff") filed the instant action for judicial review of the denial of Social Security benefits on April 7, 2008.

On April 3, 2009, Defendant filed a motion to remand the action pursuant to sentence six of section 205(g) of the Social Security Act, as amended. 42 U.S.C. § 405(g). Defendant seeks to remand the action because the claim file and recording of the administrative hearing cannot be located. Plaintiff did not file an opposition.

Accordingly, Defendant's motion is GRANTED and this action is REMANDED to allow Defendant to either retrieve materials related to Plaintiff's claim or, if necessary, hold another hearing and issue another decision.

The Court further ORDERS the parties to file a joint status report within 90 days of the date of service of this order. Thereafter, the parties shall file a joint status report every 120 days until this action is returned to this Court or otherwise resolved.

IT IS SO ORDERED.

Dated: **May 26, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE