IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIN SALEH, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | 1:09cv086 DLB <br><br> ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO REOPEN ACTION (Document 21) <br><br> ORDER DIRECTING ENTRY OF JUDGMENT |

On May 27, 2009, the Court granted Defendant's request to remand this action pursuant to sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), on the grounds that the claim file and the administrative transcript could not be located.

On August 20, 2010, Defendant filed an ex parte motion that the case be reopened and judgment entered in favor of Plaintiff. Defendant indicates that following remand, the agency issued a fully favorable decision on Plaintiff's applications for disability insurance benefits and supplemental security income. Defendant attached a copy of the decision.

Based on the above, Defendant's ex parte motion is GRANTED. The Court's May 27, 2009, order remanding this action is VACATED and the Clerk of the Court is ORDERED to REOPEN the action. The Clerk is further ordered to ENTER JUDGMENT IN FAVOR of Plaintiff Yasin Saleh and against Defendant Michael J. Astrue

IT IS SO ORDERED.

Dated:   **August 24, 2010**               **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1